1016

**SAFETY MOTOR TRANSIT CORPORATION, Appellant, v. James A. LYONS, Appellee.**

No. 4109.

Circuit Court of Appeals, Fourth Circuit.

Jan. 6, 1937.

Woods, Chitwood, Coxe & Rogers, of Roanoke, Va., for appellant.

Showalter, Parsons, Kuyk & Coleman, of Roanoke, Va., for appellee.

PER CURIAM.

Appeal dismissed on joint motion of attorneys.

**Louis T. SAYRE and Parker M. Paine, as Trustees of Rosenbaum Grain Corporation, Libelants-Appellants, v. Joseph A. RYAN, Respondent-Appellee, Barge THE ANNIE BULGER, Claimant-Appellee.**

No. 226.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

William J. Mahar, of New York City (William J. Mahar and Edward L. P. O'Connor, both of New York City, of counsel), for appellants.

Macklin, Brown, Lenahan & Speer, of New York City (Richard F. Lenahan and Leo Hanan, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**Frank SEGRAVE, Appellee, v. HABIRSHAW CABLE & WIRE CORPORATION, Appellant. National Surety Corporation, Appellant.**

No. 162.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1937.

Kirlin, Campbell, Hickox, Keating & McGrann and Gleason, McLanahan, Merritt & Ingraham, all of New York City (Edward Sere Murphy and A. V. Cherbonnier, both of New York City, of counsel), for appellants.

Lynch, Hagen & Atkins, of New York City (Henry C. Eidenbach, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

**SHELL PETROLEUM CORPORATION et al. v. SUN OIL COMPANY et al.**

No. 1522.

Circuit Court of Appeals, Tenth Circuit.

Jan. 15, 1937.

Hervey, Dow, Hill & Hinkle, of Roswell, N. M., for appellants.

Hurd & Crile, of Roswell, N. M., for appellees.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.